PRIORITY
SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -- GENERAL**

Case No. SACV 03-0474-JVS(SHSx)                                    Dated:May 14, 2003

Title:   SHAWN HOLLE v. CON-WAY WESTERN, et al.
PRESENT:   **HONORABLE JAMES V. SELNA, UNITED STATES DISTRICT JUDGE**

Karla J. Tunis                                        None Present
Courtroom Deputy                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                          None Present

**PROCEEDINGS (IN CHAMBERS):       NOTICE TO COUNSEL**

This action has been randomly reassigned to the HONORABLE **JAMES V. SELNA**, United States District Judge, pursuant to the ORDER OF THE CHIEF JUDGE, filed April 30, 2003.

Previously CV 02-7412-RGK(SHSx).  Please substitute the new Santa Ana Case Number (SA CV), so that the case number will now read as shown above.  In the future, *it is imperative* that the ***new case number and initials* JVS** be used on all documents to prevent any delays in the processing of documents.

Pending permanent relocation to the Santa Ana Courthouse, Judge Selna's staff and chambers will be located in Room 231 of the Spring Street Courthouse, 312 North Spring Street, Los Angeles, California 90012. Judge Selna will he hearing matters in courtrooms as assigned while in Los Angeles.  Please check the Court's Web Site at http://www.cacd.uscourts.gov/, under calendars, to determine the location of appearances before Judge Selna.  Judge Selna's Courtroom Deputy is Karla J. Tunis and she may be reached at (213) 894-8794.  All documents must be filed in Los Angeles during Judge Selna's temporary assignment in Los Angeles.

Civil motions are heard on Mondays at 1:30 p.m.

**IT IS HEREBY ORDERED:**

The PreTrial Conference, currently set for September 19, 2003 at 9:00 a.m., is continued to September 22, 2003 at 10:30 a.m.   The Court Trial scheduled for October 7, 2003 at 9:00 a.m. will remain as set.



MINUTES FORM 90
CIVIL - GEN

Initials of Deputy Clerk