BARRETT K. GREEN, Bar No. 145393
STEVEN A. GROODE, Bar No. 210500
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Fax No.: 310.553.5583

Attorneys for Defendants
CON-WAY WESTERN EXPRESS AND CON-WAY
TRANSPORTATION SERVICES, INC.

Priority       ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U S DISTRICT COURT
JUN 20 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN HOLLE,<br><br>Plaintiff,<br><br>v.<br><br>CON-WAY WESTERN EXPRESS; CON-WAY TRANSPORTATION SERVICES, INC., a corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. SA CV 03-0474 JVS (SHSx)<br><br>**STIPULATION AND [PROPOSED] ORDER BRIEFLY EXTENDING DISCOVERY PERIOD**<br><br>Discovery Cut-off: July 7, 2003<br>Trial Date: October 7, 2003 |

ENTERED ON ICMS
JUN 23 2003
CV

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
Fifth Floor
Los Angeles, CA 90067.3107
310.553.0308

1  Plaintiff Shawn Holle ("Plaintiff") and Defendants Con-Way Transportation
2  Services, Inc. and Con-Way Western Express ("Defendants"), by and through their
3  counsel of record (collectively, the "Parties"), hereby stipulate and agree as follows:
4  WHEREAS, on or about August 30, 2002, Plaintiff filed a Complaint in the
5  above-captioned matter;
6  WHEREAS, in or about September, 2002, Defendants removed to this Court;
7  WHEREAS, on or about February 10, 2003, a Scheduling Conference was held
8  before the Court--the Honorable Gary H. Klausner presiding;
9  WHEREAS, the Court set trial in this matter for October 7, 2003;
10  WHEREAS, the Court established a discovery cut-off date of July 7, 2003;
11  WHEREAS, the Court mandated that the last day to commence depositions is
12  five days before the discovery cut-off;
13  WHEREAS, the Parties informally have scheduled approximately one-dozen
14  depositions during the last ten days of June 2003,
15  WHEREAS, the Parties have agreed to participate in good faith in a Mediation
16  on June 26, 2003;
17  WHEREAS, in light of the scheduled mediation, the Parties desire to avoid the
18  continued expense of depositions and written discovery during the pendency of
19  settlement negotiations;
20  THEREFORE, it is hereby stipulated and agreed that the discovery cut-off date
21  shall be continued to July 21, 2003;
22  IT IS FURTHER STIPULATED that the last day to commence a deposition in
23  this matter shall be July 14, 2003

DATED: 6/19, 2003      LAW OFFICES OF SUSAN J. HARTLEY

By: _Susan J. Hartley_
SUSAN J. HARTLEY
Attorney for Plaintiff
SHAWN HOLLE

IT IS SO ORDERED
Dated 6.19.03

_[signature]_
United States District Judge

DATED: June 18, 2003

LITTLER MENDELSON
A Professional Corporation

By: *[signature]*
STEVEN A. GROODE
Attorney for Defendants
Con-Way Transportation Services,
Inc. and Con-Way Western Express

**ORDER**

Good cause appearing therefor, IT IS SO **ORDERED**.

DATED: _____, 2003

_____
UNITED STATES DISTRICT JUDGE

LOS_ANGELES:312058.1 012187.1030

*[Order section crossed out with large X]*

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
Fifth Floor
Los Angeles, CA 90067 3107
310 553 0308

3.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067-3107. On June 19, 2003 served the within document(s):

**STIPULATION AND [PROPOSED] ORDER BRIEFLY EXTENDING DISCOVERY PERIOD**

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 310.553.5583. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Susan J. Hartley, Esq.
Law Offices of Susan J. Hartley
2530 Wilshire Boulevard
Third Floor
Santa Monica, CA 90403

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
Fifth Floor
Los Angeles, CA 90067 3107
310 553 0308

LOS_ANGELES:312265.1 012187.1030

1 | office on the same day with postage or fees thereon fully prepaid in the ordinary
2 | course of business.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 19, 2003, at Los Angeles, California.

      */s/ Madison Edwards, III*
      Madison Edwards, III

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
Fifth Floor
Los Angeles, CA 90067.3107
310.553.0308

LOS_ANGELES:312265.1 012187.1030