**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No. SACV 03-0474-JVS(SHSx)                                        Dated: June 25, 2003

<u>Title:   SHAWN HOLLE v. CON-WAY WESTERN, et al.</u>
**PRESENT:   HONORABLE JAMES V. SELNA, UNITED STATES DISTRICT JUDGE**

    Karla J. Tunis                                      None Present
    Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                    None Present

**PROCEEDINGS (IN CHAMBERS):**

NOTICE OF PERMANENT CHANGE
IN COURT'S LOCATION

    Effective **July 7, 2003,** Judge James V. Selna and his staff will be permanently located at the United States District Court located at 411 West Fourth Street, Santa Ana, CA, 92701. Counsel are encouraged to review the Central Districts's Website "http://www.cacd.uscourts.gov" for additional information.

    Commencing July 3, 2003, all subsequent pleadings **must** be filed in Santa Ana.

    All hearings and other court appearances previously scheduled to take place on or after July 7, 2003, will be held in Courtroom 10C in Santa Ana at the designated date and time.

    Civil motions are heard on Mondays at 1:30 p.m. The Court attempts to issue tentative rulings on each motion. Tentatives will be posted on the Court's website: www.cadc.uscourts.gov/. From the home page, click on "Judges' Procedures and Schedules" in the left column. From the list, click on "Hon. James V. Selna," which will take you to Judge Selna's page. Click on the red notice in the upper left: "Click here to view Tentative Rulings." Then click on the desired ruling which comes up in a .pdf file which can be read with an Adobe Acrobat reader. Judge Selna attempts to post tentatives by late Friday afternoon preceding the hearing date. Hard copy of tentatives will also be available from the clerk approximately 15 minutes before the hearing.

ENTERED ON ICMS
JUN 2 6 2003
CV

MINUTES FORM 90                                          Initials of Deputy Clerk
CIVIL - GEN