Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawn Holle,<br><br>    Plaintiff,<br><br>v.<br><br>Con-Way Western, et al.,<br><br>    Defendants. | CASE NO. SACV 03-474-JVS(SHSx)<br><br>ORDER OF DISMISSAL UPON<br><br>SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within __30__ days, to reopen the action if settlement is not consummated.

DATED: September 15, 2003.

_____
James V. Selna
United States District Judge