1  BARRETT K. GREEN, Bar No. 145393
   STEVEN A. GROODE, Bar No. 210500
2  LITTLER MENDELSON
   A Professional Corporation
3  2049 Century Park East, 5th Floor
   Los Angeles, CA 90067.3107
4  Telephone: 310.553.0308
   Fax No.: 310.553.5583
5
   Attorneys for Defendants
6  CON-WAY WESTERN EXPRESS AND CON-WAY
   TRANSPORTATION SERVICES, INC.
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11 SHAWN HOELS,                    Case No. SA CV 03-0474 JVS (SHSx)
12         Plaintiff,              STIPULATION AND [PROPOSED]
                                   ORDER DISMISSING ACTION
13    v.                           WITH PREJUDICE
14 CON-WAY WESTERN                 Discovery Cut-off: July 7, 2003
   EXPRESS; CON-WAY                Trial Date:        October 7, 2003
15 TRANSPORTATION SERVICES,
   INC., a corporation; and DOES 1
16 through 25, inclusive,
17         Defendants.

Priority ___
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
SEP 17 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
SEP 15 2003
CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION AT SANTA ANA
BY ___ DEPUTY

ENTER ON ICMS
SEP 19 2003

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
Fifth Floor
Los Angeles, CA 90067.3107
310.553.0308

LOS_ANGELES:314709.1 012187.1030

Plaintiff Shawn Holle ("Plaintiff") and Defendants Con-Way Transportation Services, Inc. and Con-Way Western Express ("Defendants"), by and through their counsel of record (collectively, the "Parties") have entered into a Settlement Agreement to resolve the within action. The Parties hereby stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and subject to the Order of this Court, that this action be dismissed in its entirety, with prejudice, and that the District Court will retain jurisdiction to enforce the Agreement.

DATED: _____, 2003

LAW OFFICES OF SUSAN J. HARTLEY

By: _____
SUSAN J. HARTLEY
Attorney for Plaintiff
SHAWN HOLLE

DATED: 9/15, 2003

LITTLER MENDELSON
A Professional Corporation

By: _____
STEVEN A. GROODE
Attorney for Defendants
Con-Way Transportation Services,
Inc. and Con-Way Western Express

**ORDER**

Good cause appearing therefor, IT IS SO **ORDERED**.

DATED: 9/17/, 2003   _____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
Fifth Floor
Los Angeles, CA 90067 3107
310.553.0308

LOS_ANGELES:314709.1 012187.1030

Plaintiff Shawn Holle ("Plaintiff") and Defendants Con-Way Transportation Services, Inc. and Con-Way Western Express ("Defendants"), by and through their counsel of record (collectively, the "Parties") have entered into a Settlement Agreement to resolve the within action. The Parties hereby stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and subject to the Order of this Court, that this action be dismissed in its entirety, with prejudice, and that the District Court will retain jurisdiction to enforce the Agreement.

DATED: 8/25, 2003

LAW OFFICES OF SUSAN J. HARTLEY

By: _Susan J. Hartley_
SUSAN J. HARTLEY
Attorney for Plaintiff
SHAWN HOLLE

DATED: _____, 2003

LITTLER MENDELSON
A Professional Corporation

By: _____
STEVEN A. GROODE
Attorney for Defendants
Con-Way Transportation Services, Inc. and Con-Way Western Express

## ORDER

Good cause appearing therefor, IT IS SO ORDERED.

DATED: _____, 2003

_____
UNITED STATES DISTRICT JUDGE

LOS_ANGELES-314709.1 012187.1030